Argued and submitted June 2, affirmed in *Carlile,* reversed in *Reiter* and *Shaw*
November 28, 1980

# STATE OF OREGON,
## *Respondent,*
### *v.*
# JUDITH ANN CARLILE,
## *Petitioner.*

## (CA 12378, SC 26792)

619 P2d 1280

Laurie K. Smith, of Frye, Smith & Franzer, P.C., Eugene, argued the cause and filed briefs for petitioner.

Frederick A. Hugi, Deputy District Attorney, Eugene, argued the cause for respondent. With him on the briefs was J. Pat Horton, District Attorney, Eugene.

Before Denecke, Chief Justice, and Tongue, Howell, Lent, Linde and Peterson, Justices.

HOWELL, J.

Affirmed.